

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

April 19, 2018

**BY EMAIL**
The Honorable Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Cristian Fernandez et al.*, 18 Cr. 291

Dear Judge Smith:

    The Government respectfully requests that the Indictment and the arrest warrants in the above-referenced case be unsealed.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By: /s/ Olga Zverovich
    Olga I. Zverovich
    Assistant United States Attorney
    Tel: (914) 993-1927

SO ORDERED:
4/19/18
Hon. Lisa Margaret Smith
U.S.M.J.