

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

May 10, 2018

**BY EMAIL**
The Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

     **Re:**     *United States* **v.** *Cristian Fernandez et al.*, 18 Cr. 291 (VB)

Dear Judge Briccetti:

     The Government respectfully requests that the Court enter the attached draft protective order in the above-referenced case (the "Protective Order"). The Protective Order has been signed by ten defense counsel, and neither of the remaining two defense counsel has expressed any objections.

                 Respectfully submitted,

                 GEOFFREY S. BERMAN
                 United States Attorney

        By: /s/ Olga Zverovich
             Olga I. Zverovich
             Assistant United States Attorney
             Tel: (914) 993-1927

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America | **Protective Order** |
| v. | **18 Cr. 291 (VB)** |
| CRISTIAN FERNANDEZ,<br>JOHNNY FERNANDEZ,<br>JESUS GONZALEZ,<br>JUAN HERNANDEZ,<br>JUAN PABLO RENDON-INZUNZA,<br>NICOLE MAISONET,<br>GABRIEL ORTIZ, a/k/a "Bebe,"<br>MARIA ROLON,<br>EDGARDO RUIZ, a/k/a "Roro,"<br>HECTOR SANCHEZ, a/k/a "Tito,"<br>GILBERT TORRES,<br>FABIOLA VEGA, and<br>JOHN VIEIRA, a/k/a "John-John," | |
| Defendants. | |

Upon the application of the United States of America, with the consent of all defense counsel of record, and the defendants having requested discovery under Federal Rule of Criminal Procedure 16, the Court hereby finds and orders as follows:

1. **Disclosure Material.** The Government has made and will make disclosure to the defendants of documents, objects, and information, including electronically stored information ("ESI"), pursuant to Fed. R. Crim. P. 16 and 26.2, 18 U.S.C. § 3500, and the Government's general obligation to produce exculpatory and impeachment material in criminal cases, all of which will be referred to herein as "disclosure material." The Government's disclosure material may include material that (i) affects the privacy and confidentiality of individuals; (ii) would impede, if prematurely disclosed, the Government's ongoing investigation of uncharged

individuals; and/or (iii) is not authorized to be disclosed to the public or disclosed beyond that which is necessary for the defense of this criminal case.

2. **Facilitation of Discovery.** The entry of a protective order in this case will permit the Government to expedite the production of the disclosure material, because it will obviate the need for further litigation and substantially reduce the need for redaction. It will also afford the defendants prompt access to those materials, in substantially unredacted form, which will facilitate the preparation of defenses.

3. **Good Cause.** There is good cause for entry of the protective order set forth herein.

**Accordingly, it is hereby Ordered:**

**Disclosure and Protection of Disclosure Material**

4. Disclosure material shall not be intentionally disclosed by defense counsel, including any associate or successor counsel, or any defendant (collectively, "the defense") other than as set forth herein, and shall be used by the defense solely for purposes of defending this action. The defense shall not disclose any disclosure material to the media or any third party except as set forth below.

5. Disclosure material may be disclosed by the defense to:

(a) Personnel for whose conduct counsel is responsible, *i.e.*, personnel employed by or retained by counsel, as needed for purposes of defending this action;

(b) Any defendant in this action; and

(c) Any Coordinating Discovery Attorney ("CDA"), in the event that such CDA is appointed by the Court.

2

6. In the event that the Court appoints a CDA, such CDA may disclose disclosure material to the defense, to the personnel described in paragraph 5(a), to the CDA's employees who are assisting in the preparation and dissemination of such disclosure material, and to third-party vendors the CDA may deem necessary to retain to process the disclosure material, all in furtherance of fulfilling the CDA's duties and obligations.

7. Disclosure material shall not be copied or otherwise recorded by any defendant in this action, and shall not be disseminated or disclosed in any form by the defense except as set forth in paragraph 5 above.

8. The Government may authorize, in writing, disclosure of disclosure material beyond that otherwise permitted by this Order without further Order of this Court.

9. This Order does not prevent the disclosure of any disclosure material in any motion, hearing, or trial held in this action, or to any judge or magistrate judge, in connection with this action. All filings should comply with the privacy protection provisions of Fed. R. Crim. P. 49.1.

10. This Order places no restriction on the defense's use or disclosure of disclosure material, including seized ESI, that originally belonged to the defendant.

**Return or Destruction of Disclosure Material**

11. Except for disclosure material that has been made part of the record of this case, the defense shall return to the Government or securely destroy or delete all disclosure material, including seized ESI disclosure material, within 30 days of the expiration of the period for direct appeal from any verdict in the above-captioned case; the period of direct appeal from any order dismissing any of the charges in the above-captioned case; or the granting of any motion made

on behalf of the Government dismissing any charges in the above-captioned case, whichever date is later.  Defense counsel shall verify in writing to the Government that such return or destruction has taken place.

12. The defense shall provide a copy of this Order to all designated persons to whom the defense has disclosed disclosure material under paragraph 5.  All such persons shall be subject to the terms of this Order.  Defense counsel shall make reasonable efforts to maintain a record of what information has been disclosed to which such persons.

## Retention of Jurisdiction

13. The provisions of this Order shall not terminate at the conclusion of this criminal prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

Upon the application of the United States of America, with the consent of all defense counsel of record, the foregoing is SO ORDERED.

Dated: White Plains, New York
_____, 2018

_____
THE HONORABLE VINCENT BRICCETTI
UNITED STATES DISTRICT JUDGE

5

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York


by:                                                          Date:   April 20, 2018
_____
Olga I. Zverovich
Assistant United States Attorney

_____          Date:   April 26, 2018
Richard Willstatter, Esq.
Counsel for Defendant CRISTIAN FERNANDEZ


_____          Date:   _____
Karloff Commissiong, Esq.
Counsel for Defendant JOHNNY FERNANDEZ


_____          Date:   _____
Rachel Martin, Esq.
Counsel for Defendant JUAN HERNANDEZ


_____          Date:   _____
John Diaz, Esq.
Counsel for Defendant GILBERT TORRES


_____          Date:   _____
Howard Tanner, Esq.
Counsel for Defendant JOHN VIEIRA


_____          Date:   _____
Alan Nelson, Esq.
Counsel for Defendant FABIOLA VEGA


6

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York


by: _____                          Date:   April 20, 2018

Olga I. Zverovich
Assistant United States Attorney

_____                          Date: _____

Richard Willstatter, Esq.
Counsel for Defendant CRISTIAN FERNANDEZ

_____                          Date: _____

Karloff Commissiong, Esq.
Counsel for Defendant JOHNNY FERNANDEZ

_____                          Date: _____

Rachel Martin, Esq.
Counsel for Defendant JUAN HERNANDEZ

_____                          Date: _____

John Diaz, Esq.
Counsel for Defendant GILBERT TORRES

_____                          Date: _____

Howard Tanner, Esq.
Counsel for Defendant JOHN VIEIRA

_____                          Date:   4/29/18

Alan Nelson, Esq.
Counsel for Defendant FABIOLA VEGA

6

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York


by: _____        Date:   April 20, 2018
    _____
    Olga I. Zverovich
    Assistant United States Attorney


    _____        Date:   _____
    Richard Willstatter, Esq.
    Counsel for Defendant CRISTIAN FERNANDEZ


    _____        Date:   _____
    Karloff Commissiong, Esq.
    Counsel for Defendant JOHNNY FERNANDEZ


    _____        Date:   _____
    Rachel Martin, Esq.
    Counsel for Defendant JUAN HERNANDEZ

    _____        Date:   5/3/17
    John Diaz, Esq.
    Counsel for Defendant GILBERT TORRES


    _____        Date:   _____
    Howard Tanner, Esq.
    Counsel for Defendant JOHN VIEIRA


    _____        Date:   _____
    Alan Nelson, Esq.
    Counsel for Defendant FABIOLA VEGA


6

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York


by: _____                    Date:   April 20, 2018
_____
Olga I. Zverovich
Assistant United States Attorney


_____                    Date:   _____
Richard Willstatter, Esq.
Counsel for Defendant CRISTIAN FERNANDEZ

_____                    Date:   5/3/2018
Karloff Commissiong, Esq.
Counsel for Defendant JOHNNY FERNANDEZ


_____                    Date:   _____
Rachel Martin, Esq.
Counsel for Defendant JUAN HERNANDEZ


_____                    Date:   _____
John Diaz, Esq.
Counsel for Defendant GILBERT TORRES


_____                    Date:   _____
Howard Tanner, Esq.
Counsel for Defendant JOHN VIEIRA


_____                    Date:   _____
Alan Nelson, Esq.
Counsel for Defendant FABIOLA VEGA


6

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York


by:    _____          Date:   April 20, 2018
       _____
       Olga I. Zverovich
       Assistant United States Attorney


       _____          Date:   _____
       Richard Willstatter, Esq.
       Counsel for Defendant CRISTIAN FERNANDEZ


       _____          Date:   _____
       Karloff Commissiong, Esq.
       Counsel for Defendant JOHNNY FERNANDEZ

       _____          Date:   5/3/18
       Rachel Martin, Esq.
       Counsel for Defendant JUAN HERNANDEZ


       _____          Date:   _____
       John Diaz, Esq.
       Counsel for Defendant GILBERT TORRES


       _____          Date:   _____
       Howard Tanner, Esq.
       Counsel for Defendant JOHN VIEIRA


       _____          Date:   _____
       Alan Nelson, Esq.
       Counsel for Defendant FABIOLA VEGA


6

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York

by:                                                              Date:   April 30, 2018

_____
Olga I. Zverovich
Assistant United States Attorney

_____              Date: _____
Frederick L. Sosinsky, Esq.
Counsel for Defendant EDGARDO RUIZ

10

AGREED AND CONSENTED TO:

    GEOFFREY S. BERMAN
    United States Attorney
    Southern District of New York


by: _____          Date:  April 30, 2018

    Olga I. Zverovich
    Assistant United States Attorney


_____          Date:  5/6/18

John Wallenstein, Esq.
Counsel for Defendant HECTOR SANCHEZ

9

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York

by:                                                    Date:   April 27, 2018
_____

Olga I. Zverovich
Assistant United States Attorney

_____           Date:   5/9/18.

Luis Rafael Rivera, Esq.
Counsel for Defendant MARIA ROLON

7

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York

by:                                                     Date:   May 8, 2018
_____

Olga I. Zverovich
Assistant United States Attorney

_____        Date:   5/9/18

Clinton Calhoun, Esq.
Counsel for Defendant JESUS GONZALEZ

12

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York


by: _____                              Date:   April 27, 2018

Olga I. Zverovich
Assistant United States Attorney


Louis Fasulo, Esq.   Jaime Santana Jr., Esq.             Date:   5/9/18
Counsel for Defendant NICOLE MAISONET

8