UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
UNITED STATES OF AMERICA

v.

CRISTIAN FERNANDEZ and
JESUS GONZALEZ,
                    Defendants.
----------------------------------------------------------x

**ORDER**

S2 18 CR 291 (VB)

Defendants' arraignment on the S2 superseding indictment is scheduled for November 19, 2019, at 2:30 p.m.

This case was indicted on April 17, 2018, more than eighteen months ago. The trial date on that indictment was set on August 9, 2019. For reasons that are not clear, the government has now obtained a superseding indictment which, on its face, makes numerous changes to the charges against the two remaining defendants in this case. Accordingly, by close of business today, the government shall submit a letter to the Court describing in detail all of the differences between the previous indictment and the S2 indictment and explaining why these changes were not made earlier. The letter shall also state whether additional discovery regarding these changes is necessary.

Dated: November 18, 2019
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge