

> **APPLICATION DENIED** for the following reasons:
> Given the Court's schedule, including the fact that it will be on trial for at least the week of 12/2/2019, the parties' proposed revised briefing schedule will not allow sufficient time for the Court thoughtfully to consider the parties' respective motions in limine prior to the final pretrial conference on 12/12/2019. More importantly, the Court having granted Gonzalez's request for the appointment of a second CJA attorney (Doc. #213), Gonzalez is now represented by two highly competent attorneys, and the Court is certain that by dividing responsibility, Gonzalez's attorneys will have no difficulty both responding to the government's motion by the 11/26/2019 deadline and continuing their plea discussions. As to defendant Fernandez, the government's motion is relatively straightforward, such that additional time is not required to submit a response. Finally, to the extent the government is joining in this request, the government is represented by three highly competent attorneys and thus does not require additional time to respond to defendants' motions.
>
> SO ORDERED:
>
> _____  11/21/19
> Vincent L. Briccetti, U.S.D.J.         Date

**VIA ECF**
Honorable Vince[nt L. Briccetti]
The Hon. Charle[s ...]
Federal Building
300 Quarropas S[treet]
White Plains, N[Y ...]

Re: *United States v. Jesus Gonzalez*, 18 Cr. 291 (VB)

Dear Judge Briccetti:

    I respectfully request that the time for responses to the respective parties' motions *in limine,* now set for November 26, 2018, be extended until December 6, 2019. I am currently engaged in plea discussions with the government on behalf of my client, which will necessitate a visit to him at MDC in the immediate future. The need to file opposition to the motions *in limine* may be obviated by the plea discussions. I have discussed this request with Assistant United States Attorneys Adelsberg and Zverovich, and the government consents.

                                Respectfully submitted,

                                *s/ James R. DeVita*

                                James R. DeVita

cc:    Samuel Adelsberg, Esq., Assistant United States Attorney (by ECF)
         Olga Zverovich, Esq., Assistant United States Attorney (by ECF)
         Maurene Ryan Comey, Esq., Assistant United States Attorney (by ECF)
         Stephen R. Lewis, Esq. (by ECF)